1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-CV-00436-DFL-PAN |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR PUBLICATION |
| v. | ) | |
| REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, PIMA COUNTY, ARIZONA, APN:205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) | |
| Defendant. | ) | |

    The United States of America, plaintiff herein, applies for an order of publication as follows:

    1.  Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

    2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1        3.   The defendant real property shall be posted in Pima
2   County, Vail, Arizona;
3        4.   Plaintiff proposes that publication be made as follows:
4             a.   Three publications;
5             b.   In the following newspaper, a legal newspaper of
6   general circulation, located in the county (Pima) in which the
7   defendant property is located: Arizona Daily Star;
8             c.   The publication to include the following:
9                  (1)  The Court, title and number of the action;
10                 (2)  The date of the posting;
11                 (3)  The identity and/or description of the
12  property posted;
13                 (4)  The name, address and telephone number of the
14  attorney for the plaintiff;
15                 (5)  A statement that claims of persons entitled
16  to possession or claiming an interest pursuant to Supplemental
17  Rule C(6) of the Federal Rules of Admiralty must be filed with
18  the Clerk and served on the attorney for the plaintiff within 30
19  days after the date of publication;
20                 (6)  A statement that answers to the complaint
21  must be filed and served within 20 days after the filing of the
22  claims and, in the absence thereof, default may be entered and
23  condemnation ordered;
24                 (7)  A statement that applications for
25  intervention under Fed. R. Civ. P. 24 by persons claiming
26  maritime liens or other interests shall be filed within the 30
27  days allowed for claims for possession; and
28                 (8)  The name, address, and telephone number of

1 | the U.S. Marshal and/or Department of Treasury.

2 | Dated:  3/2/06             McGREGOR W. SCOTT
                               United States Attorney

5 |                    By:  /s/ Courtney J. Linn
                            COURTNEY J. LINN
6 |                         Assistant U.S. Attorney

8 |                          **ORDER**

9 |     IT IS SO ORDERED.

11 | DATE: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE