1  JANET SHERMAN (State Bar No. 98560)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, California 90405
   E-Mail: janetsher@aol.com
4  Tele:    310-399-3259
   Fax:     310-392-9029
5
   LAW OFFICE OF ERIC HONIG
6  Eric Honig (State Bar No. 140765)
   Attorney at Law
7  P.O. Box 10327
   Marina del Rey, CA 90295
8  Telephone (310) 745-8264
   Facsimile (310) 745-8267
9
   Attorneys for Claimants
10 John W. Hollis and Judith L.
   Hollis, Individually and as
11 Trustees of the Three Thirty
   Eight Trust

12

13

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CV-00436-DFL-PAN |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS PENDING DECISION OF DISTRICT COURT IN RELATED CASE |
| v. | |
| REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, PIMA COUNTY, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |
| John W. Hollis and Judith L. Hollis, Individually and as Trustees of the Three Thirty Eight Trust, | |
| Claimants. | |

1   WHEREAS claimants have filed their Statement of Interest in this action;

2   AND WHEREAS the instant civil forfeiture matter arises out of the same or
3   similar transactions and events as are alleged in a parallel civil forfeiture case in this
4   District, <u>United States v. Approximately $1,200,000 in U.S. Currency, et al.</u>, CIV. S-
5   05-149 DFL KJM;

6   AND WHEREAS there is currently pending before the Court a motion to
7   stay proceedings in that parallel civil forfeiture case or for a protective order and a
8   cross-motion to dismiss pursuant to 18 U.S.C. § 981(g);

9   AND WHEREAS the Court has not yet ruled on the pending motion which
10  includes an issue raised in this case, whether it is appropriate to grant a stay of
11  forfeiture proceedings pursuant to § 981(g) where a Statement of Interest has been
12  filed, but an Answer has not yet been filed;

13  AND WHEREAS the parties disagree as to whether an Answer is required
14  before a claimant may seek a stay of the proceedings pursuant to § 981(g);

15  NOW THEREFORE, as this issue is before the Court in the parallel case, the
16  parties have agreed to wait until the Court has ruled on the issue, rather than bring the
17  same motion before the Court in the instant case, as the outcome in the parallel case
18  will assist the parties as to further proceedings in the instant case;

19  IT IS THEREFORE STIPULATED that the claimants' Answer or other
20  responding document will not be due until thirty (30) days after the Court has issued
21  its ruling in the parallel case.

22  In addition, the Court previously ordered the parties to submit a Joint Status
23  Report in this matter within sixty days of service of the complaint.  The parties
24  believe that it would not be fruitful at this time to issue a scheduling order until after
25  //
26  //
27  //
28  //

resolution of the issues in the parallel case.  Thereafter, the parties will determine how to proceed further with respect to the provisions of § 981(g).

DATED:   May 11, 2006                              Respectfully submitted,

                                                   SHERMAN & SHERMAN
                                                   A Professional Law Corporation

                                                 LAW OFFICE OF ERIC HONIG

                                                 /s/ Janet Sherman
                                   By: _____
                                            JANET SHERMAN
                                            Attorneys for Claimant
                                            John W. Hollis and Judith L.
                                            Hollis, Individually and as Trustees
                                            of the Three Thirty Eight Trust

DATED:   May 11, 2006                              McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ Courtney J. Linn
                                   By: _____
                                            COURTNEY J. LINN
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
                                            United States of America

      IT IS SO ORDERED.

DATED:   May 12, 2006

                                            _____
                                            DAVID F. LEVI
                                            United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action.  My business address is 2115 Main Street, Santa Monica, California 90405.

    On May 12, 2006,  I served the foregoing document described as:

**STIPULATION TO STAY FURTHER PROCEEDINGS PENDING DECISION OF DISTRICT COURT IN RELATED CASE**

on all interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Courtney J. Linn
Assistant United States Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814

    I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee.  I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on May 12, 2006.


/s/ Cathy L. Mackerl
_____
CATHY L. MACKERL

4