IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                            No. CIV S-06-436 DFL EFB

       vs.

REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, PIMA COUNTY, ARIZONA, APN: 205-75-11504, including all appurtenances and improvements thereto,

       Defendant.                      ORDER

/

       Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

       IT IS SO ORDERED.

DATED: August 30, 2006.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE