1  JANET SHERMAN (State Bar No. 98560)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, California 90405
   E-Mail: janetsher@aol.com
4  Tele:    310-399-3259
   Fax:     310-392-9029
5
   LAW OFFICE OF ERIC HONIG
6  Eric Honig (State Bar No. 140765)
   Attorney at Law
7  P.O. Box 10327
   Marina del Rey, CA 90295
8  Telephone (310) 745-8264
   Facsimile (310) 745-8267
9
   Attorneys for Claimants
10 John W. Hollis and Judith L.
   Hollis, Individually and as
11 Trustees of the Three Thirty
   Eight Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, PIMA COUNTY, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendants.<br>_____<br>John W. Hollis and Judith L. Hollis, Individually and as Trustees of the Three Thirty Eight Trust,<br><br>　　　　Claimants.<br>_____ | Case No. 2:06-CV-00436-DFL-DAD<br><br>STIPULATION TO STAY FURTHER PROCEEDINGS PENDING FILING OF CLAIMANTS' ANSWER UNDER SEAL; ORDER THEREON |

　　　　WHEREAS claimants have filed their Statement of Interest in this action;

　　　　AND WHEREAS the Court ruled on the motion for clarification and

reconsideration in the parallel civil forfeiture case, United States v. Approximately

1  $1,200,000 in U.S. Currency, et al._, CIV. S-05-149 DFL KJM, and stayed that matter
2  based on the pending criminal investigation pursuant to 18 U.S.C. § 981(g);
3          AND WHEREAS the parties previously stipulated that the claimants'
4  Answer herein would be due thirty (30) days after the Court issued its ruling in that
5  parallel case;
6          AND WHEREAS, due to a family emergency of government counsel and
7  claimants' counsel's schedule and need to attend a legal conference, the parties have
8  agreed that claimants may have an additional fourteen (14) days to file their Answer
9  under seal as in the parallel case, after which the parties will file a Stipulation to stay
10 this matter as well pursuant to 18 U.S.C. § 981(g).
11         IT IS NOW THEREFORE STIPULATED that the claimants' Answer will
12 be filed under seal by October 30, 2006, and that after the Answer has been filed, the
13 parties will submit a stipulation to stay this matter pending conclusion of the related
14 criminal investigation.

15 DATED:  October 10, 2006          SHERMAN & SHERMAN
                                     A Professional Law Corporation
16
17                                   LAW OFFICE OF ERIC HONIG
18                            By:    /s/ Janet Sherman
                                     Janet Sherman
19                                   Attorneys for Claimants
20
21 DATED:  October 10, 2006          McGREGOR W. SCOTT
                                     United States Attorney
22
                                     /s/ Kristin S. Door
23                                   Kristin S. Door
                                     Assistant United States Attorney
24                                   Attorneys for Plaintiff

2

**O R D E R**

IT IS SO ORDERED.

DATED: October 11, 2006

_____
DAVID F. LEVI
United States District Judge