1  JANET SHERMAN (State Bar No. 98560)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, California 90405
   E-Mail: janetsher@aol.com
4  Tele:    310-399-3259
   Fax:     310-392-9029
5
   LAW OFFICE OF ERIC HONIG
6  Eric Honig (State Bar No. 140765)
   Attorney at Law
7  P.O. Box 10327
   Marina del Rey, CA 90295
8  Telephone (310) 745-8264
   Facsimile (310) 745-8267
9
   Attorneys for Claimants
10 John W. Hollis and Judith L.
   Hollis, Individually and as
11 Trustees of the Three Thirty
   Eight Trust
12

13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16
   UNITED STATES OF AMERICA,        )   Case No. 2:06-CV-00436-DFL-DAD
17                                  )
           Plaintiff,                )   STIPULATION AND REQUEST
18                                  )   TO STAY ACTION PENDING
           v.                        )   CONCLUSION OF RELATED
19                                  )   CRIMINAL INVESTIGATION;
   REAL PROPERTY LOCATED AT         )   ORDER THEREON
20 8617 SOUTH SUN BAR RANCH         )
   PLACE, VAIL, PIMA COUNTY,        )
21 ARIZONA, APN: 205-75-11504,      )
   INCLUDING ALL APPURTENANCES      )
22 AND IMPROVEMENTS THERETO,        )
                                    )
23         Defendants.               )
                                    )
24 ─────────────────────────────────)
                                    )
   John W. Hollis and Judith L. Hollis,)
25 Individually and as Trustees of the )
   Three Thirty Eight Trust,         )
26                                  )
           Claimants.                )
27                                  )
                                    )
28 ─────────────────────────────────)

1  Plaintiff United States of America ("plaintiff" or the "government")
2  commenced this civil forfeiture action on March 2, 2006.  Plaintiff alleges the
3  defendant property constitutes proceeds traceable to fraudulent conduct and is
4  therefore subject to forfeiture under 18 U.S.C. § 981.
5  On May 11, 2006, claimants John W. Hollis and Judith L. Hollis,
6  Individually and as Trustees of the Three Thirty Eight Trust ("Claimants") filed a
7  Statement of Interest in the defendant property.  On October 26, 2006, claimants
8  filed their Answer under seal.
9  Claimant John W. Hollis is the subject of a criminal investigation arising
10 out of the same criminal conduct upon which the government's civil forfeiture action
11 is based (the "related criminal investigation").  Title 18 U.S.C. § 981(g)(2) provides
12 that upon motion of a claimant, the court shall stay the civil forfeiture proceeding
13 where the claimant is the subject of a related criminal investigation or case, the
14 claimant has standing to assert a claim, and continuation of the forfeiture proceeding
15 would implicate the Fifth Amendment privilege against self-incrimination.
16 Title 18 U.S.C. Section 981(g)(1) further provides that upon motion of the
17 United States, the court shall stay the civil forfeiture proceeding if the court
18 determines that civil discovery will adversely affect the ability of the Government to
19 conduct a related criminal investigation or the prosecution of a related criminal case.
20 In this case, if this civil case were not stayed, claimant Hollis would depose the law
21 enforcement officers who were involved in the related criminal investigation and
22 would serve document requests on the Government.  Allowing claimant Hollis to
23 pursue discovery at this time would provide him with discovery to which he is not
24 otherwise entitled under the criminal discovery rules and could jeopardize the
25 investigation.
26 Accordingly, plaintiff and claimants, by and through their respective
27 counsel of record, hereby stipulate and request that the Court stay this action for 180
28 days, until April 27, 2007.  At that time, the parties will inform the Court of the

status of the related criminal investigation or if an indictment has been issued, and will either seek a further stay of discovery or will ask the court to fully schedule the case if the related criminal case has been completed.

DATED: October ___, 2006              SHERMAN & SHERMAN
                                      A Professional Law Corporation

                                      LAW OFFICE OF ERIC HONIG


                                By:   _____
                                      Janet Sherman
                                      Attorneys for Claimants

DATED: October ___, 2006              McGREGOR W. SCOTT
                                      United States Attorney



                                      _____
                                      Kristin Door,
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff


**O R D E R**

        IT IS SO ORDERED

DATED: October 30, 2006               /s/ David F. Levi
                                      UNITED STATES DISTRICT JUDGE