JANET SHERMAN (State Bar No. 98560)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405
E-Mail: JanetSher@aol.com
Tele:    310-399-3259
Fax:     310-392-9029

LAW OFFICE OF ERIC HONIG
Eric Honig (State Bar No. 140765)
Attorney at Law
P.O. Box 10327
Marina del Rey, CA 90295
Telephone (310) 745-8264
Facsimile (310) 745-8267

Attorneys for Claimants
John W. Hollis and Judith L.
Hollis, Individually and as
Trustees of the Three Thirty
Eight Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, PIMA COUNTY, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants.<br><br>John W. Hollis and Judith L. Hollis, Individually and as Trustees of the Three Thirty Eight Trust,<br><br>Claimants. | Case No. 2:06-CV-00436-JAM-DAD<br><br>**ORDER PERMITTING COUNSEL TO APPEAR AT HEARING ON MOTION TO WITHDRAW ON APRIL 8, 2009, AT 9:00 A.M. BY TELEPHONE** |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that Janet Sherman, counsel for claimants in this matter, be permitted to appear on the pending Motion to Withdraw, set for April 8, 2009, at 9:00 a.m., by telephonic conference from Santa Monica. Counsel will confer with the Court Clerk to make arrangements for calling in at the appointed time. [If claimants' presence required: claimants may appear telephonically as well.]

DATED: March 12, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

On March 11, 2009, I served the foregoing document described as:

**ORDER PERMITTING COUNSEL TO APPEAR AT HEARING ON MOTION TO WITHDRAW ON APRIL 8, 2009, AT 9:00 A.M. BY TELEPHONE**

on claimants in this action by placing a true copy in a sealed envelope addressed as follows:

John W. Hollis and
Judith L. Hollis, Individually
and as Trustees of the
Three Thirty Eight Trust
8617 South Sun Bar Ranch Place
Vail, Arizona 85641

I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on March 11, 2009.

/s/ Cathy L. Mackerl
CATHY L. MACKERL