Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
Fax: (916) 441-0970

Attorney for Claimant,
JUDITH L. HOLLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> Defendant. | Case No.: 2:06-CV-00436-JAM-DAD <br><br> **ORDER RE APPOINTMENT OF COUNSEL** |

Upon application of Judith L. Hollis, and finding that under 18 U.S.C. § 983(b)(2)(a) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services corporation that Tim Warriner may provide representation to the applicant on its behalf and Tim Warriner having entered an appearance to do so, it is

ORDERED that pursuant to 18 U.S.C. §983 that the Legal Services Corporation shall provide counsel to the applicant and that Tim Warriner shall be such counsel.

**Order Re Appointment of Counsel** 1


Furthermore, it is hereby ordered that any judgement for fees and costs for LSC pursuant to 18 U.S.C. §983(b)(2)(B) shall be awarded to Tim Warriner or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

SO ORDERED

DATED: August 11, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE