BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOHN W. HOLLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CV-00436-JAM-DAD |
|---|---|
| Plaintiff, | ) ORDER RE: |
| | ) APPOINTMENT OF COUNSEL |
| v. | ) |
| REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO | ) |
| Defendants. | ) |

Upon application of John W. Hollis, finding that under 18 U.S.C. § 983(b)(2)(A) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and upon consent of the Legal Services Corporation that Bruce Locke may provide the representation to the applicant on its behalf and Bruce Locke having entered an appearance to do so, it is

ORDERED, pursuant to 18 U.S.C. § 983, that the Legal Services Corporation shall provide counsel to the applicant and that Bruce Locke shall be such counsel.

Furthermore, it is hereby ordered that any judgement for fees and costs for Legal Services Corporation pursuant to 18 U.S.C. § 983(b)(2)( B) shall be awarded to Bruce Locke or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

1

SO ORDERED.

DATED: 09/04/2009                                  /s/ John A. Mendez
                                                   UNITED  STATES  DISTRICT  JUDGE