1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | 2:06-CV-00436-JAM-DAD
12 |         Plaintiff,
13 |     v.                     | STIPULATION AND ORDER FOR
                                  DISMISSAL WITH PREJUDICE OF
14 | REAL PROPERTY LOCATED AT 8617 | REAL PROPERTY; CERTIFICATE OF
     SOUTH SUN BAR RANCH PLACE,    REASONABLE CAUSE
15 | VAIL, PIMA COUNTY, ARIZONA,
     APN: 205-75-11504, INCLUDING ALL
16 | APPURTENANCES AND
     IMPROVEMENTS THERETO,
17
             Defendant.
18

19

20       It is hereby stipulated by and between the United States of America and claimants

21 Judith L. Hollis, on behalf of herself and the Estate of John W. Hollis[1], and National City

22 Mortgage Co., by and through their respective counsel of record, as follows:

23       1.    The pending action against the real property located at 8617 South Sun Bar

24 Ranch Place, Vail, Pima County, Arizona, APN: 205-75-11504, shall be dismissed with

25 prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

26       2.    The parties are to bear their own costs and attorney fees.

27 ―――――――――――――
   [1] John W. Hollis passed away on June 15, 2012.
28
                                    1
                                                Stipulation and Order for Dismissal

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: <u>4/15/13</u>    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: <u>4/18/13</u>    /s/ Judith L. Hollis
JUDITH L. HOLLIS
Claimant on behalf of herself and the
Estate of John W. Hollis

DATED: <u>4/18/13</u>    /s/ Tim Warriner
TIM WARRINER
Attorney for Judith L. Hollis

DATED: <u>4/18/13</u>    /s/ Kimberly V. Deede
KIMBERLY V. DEEDE
Attorney for National City Mortgage Co.

(Signatures retained by attorney)

IT IS SO ORDERED.

DATED:  4/23/2013    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 2, 2006, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property located at 8617 South Sun

2

Bar Ranch Place, Vail, Pima County, Arizona, APN: 205-75-11504, and for the commencement and prosecution of this forfeiture action.

DATED:   4/23/2013

                                           /s/ John A. Mendez
                                           JOHN A. MENDEZ
                                           United States District Court Judge

Stipulation and Order for Dismissal