Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Claimant,
Judith L. Hollis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:06-CV-00436-JAM-DAD |
| Plaintiff, | **ORDER RE ATTORNEY'S FEES** |
| vs. | |
| REAL PROPERTY LOCATED AT 8617 SOUTH SUN BAR RANCH PLACE, VAIL, ARIZONA, APN: 205-75-11504, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The court-appointed attorney for Claimant Judith Hollis in this civil asset forfeiture case has filed a motion seeking attorney's fees in the amount of $1,700, to which the government does not object. As the rate of compensation and hours worked and billed for appear reasonable and appropriate, it is hereby ORDERED that:

   1. The Claimant's motion for allowance of attorney's fees is GRANTED, and;

   2. Judgment for attorney's fees in the amount of $1,700 is entered in favor of the Legal Services Corporation and against the United States. Payment is to be made directly to claimant's counsel, Timothy E. Warriner.

**1**

1 | IT IS SO ORDERED.

2 | DATED:  4/29/2013                    /s/ John A. Mendez

3 | HON. JOHN A. MENDEZ, U.S. District Court Judge